United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10899-jkf
Krista B. Paone                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2           Date Rcvd: Aug 22, 2016
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db            +Krista B. Paone,   424 N. Mt. Vernon Circle,   Bensalem, PA 19020-8207
13673652      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
13673651      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13681826       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13673654      +Columbia Gas of MA,   2491 Paxton St,   Harrisburg, PA 17111-1036
13673657      +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
13738079       Navient Solutions, Inc. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13776542      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
                211 North Front Street,   Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:44     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:59:06
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2016 01:59:34    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13673653      +E-mail/PDF: cmabankruptcy@nisource.com Aug 23 2016 01:54:20    Columbia Gas of MA,
                Re: Bankruptcy,   Po Box 2025,   Springfield, MA 01102-2025
13673655      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2016 02:00:04
                Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13673656      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2016 02:00:04
                Credit Collections Svc,   Po Box 9134,   Needham, MA 02494-9134
13673658      +E-mail/PDF: pa_dc_ed@navient.com Aug 23 2016 02:09:37    Dept Of Ed/Navient,   Po Box 9635,
                Wilkes Barre, PA 18773-9635
13673659      +E-mail/Text: bankruptcy@flagshipcredit.com Aug 23 2016 01:59:30    Flagship Credit Accept,
                3 Christy Dr Ste 201,   Chadds Ford, PA 19317-9670
13675271      +E-mail/Text: bankruptcy@flagshipcredit.com Aug 23 2016 01:59:30    Flagship Credit Acceptance,
                P.O. Box 3807,   Coppell, TX 75019-4354
13749113       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2016 01:54:21
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13725426       E-mail/Text: bkr@cardworks.com Aug 23 2016 01:58:49     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13673661      +E-mail/Text: bkr@cardworks.com Aug 23 2016 01:58:49     Merrick Bank/Geico Card,   Po Box 9201,
                Bethpage, NY 11804-9001
13673660      +E-mail/Text: bkr@cardworks.com Aug 23 2016 01:58:49     Merrick Bank/Geico Card,   Po Box 23356,
                Pittsburg, PA 15222-6356
13673663      +E-mail/PDF: pa_dc_claims@navient.com Aug 23 2016 01:54:42    Sallie Mae,   11100 Usa Pkwy,
                Fishers, IN 46037-9203
13673662      +E-mail/PDF: pa_dc_claims@navient.com Aug 23 2016 01:54:21    Sallie Mae,   Attn: Navient,
                Po Box 9500,   Wilkes-Barr, PA 18773-9500
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13673664       Springleaf Financial S
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Krista B. Paone ykassoc@gmail.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                               Chapter 13

16-10899-JKF        KRISTA B PAONE
                    Debtor(s)

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: August 18, 2016

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE